FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2012 OCT 23 PM 12: 03

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

ELDO A. TACORONTE

Plaintiff,

Case No. 6:12-cv-1594-Orl-19GJK

-v-

TRIDENT ASSET MANAGEMENT, LLC

Defendant

_______________________________________________/

**COMPLAINT**

Plaintiff, Eldo A. Tacoronte, hereby sues Defendant, TRIDENT ASSET MANAGEMENT, LLC and alleges:

1. This is an action for damages for violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692 *et seq*.; the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq*.; and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72(9) *et seq*.;

**JURISDICTION AND VENUE**

2. Jurisdiction of this Court arises under 15 U.S.C. §1681p, Fla. Stat. §47.051, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

3. Venue is proper pursuant to 28 U.S.C. §1391b and Fla. Stat. §559.77. Venue in this District is proper in that the Plaintiff resides here, the Defendant transacts business here, and the conduct complained of occurred here.

## PARTIES

4. Plaintiff, Eldo Tacoronte, is a natural person and is a resident of the State of Florida.

5. Defendant, TRIDENT ASSET MANAGEMENT, LLC is a foreign corporation, not authorized to do business in Florida.

6. All conditions precedent to the bringing of this action have been performed, waived or excused.

## FACTUAL ALLEGATIONS

7. On or about April 27, 2012 the Plaintiff applied for a consuer loan at Regions Bank.

8. On or about May 8, 2012 Plaintiff received a "Credit Denial" due in part to "Derogatory Public Record or Collection Filed". See exhbit "A"

9. On or about May 10, 2012 the Plaintiff checked Plaintiffs credit on-line at Exquifax only to discover that Trident in an attempt to collect an alleged but nonexistent debt had reported erroneous and derogatory informtion on Plaintiffs credit report in part, causing the credit denial.

10. Plaintiff has no prior or established business dealings with the Defendant.

11. As a result, the Plaintiff has suffered permant damages and is denied the pleasure of purchasing a new boat due in part to the errounious and derogatory information Defenant reported to the credit reporting agencies.

## COUNT I
## VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY DEFENDANT TRIDENT ASSET MANAGEMENT, LLC.

12. Plaintiff alleges and incorporates the information in paragraphs 1 through 11.

13. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3)

14. Defendant Trident is a debt collector within the meaning of the FDCPA, 15 U.S.C. §1692a(6).

15. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

(a) Defendant violated 15 U.S.C. §1692e(2) by falsely representing the character, amount, or legal status of the debt.

(b) Defendant violated 15 U.S.C. §1692f(1) by the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

**WHEREFORE,** Plaintiff demands judgment for damages against Trident, for actual or statutory damages, and punitive damages, fees and costs, pursuant 15 U.S.C. §1692.

## COUNT II
## VIOLATION OF FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA), FLA. STAT. §559(Part VI) BY TRIDENT ASSET MANAGEMENT, LLC.

16. Plaintiff alleges and incorporates the information in paragraphs 1 through 11.

17. Plaintiff is a consumer within the meaning of §559.55(2).

18. Trident is a debt collectors within the meaning of §559.55(6).

19. Trident is a debt collectors within the meaning of §559.55(6).

20. Defendant violated §559.72(9) by claiming, attempting or threatening to enforce a debt when such persons knew that the debt was not legitimate.

**WHEREFORE,** Plaintiff demands judgment for damages against Trident, for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Fla. Stat. §559.77.

## COUNT III
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 WILLFUL AND NEGLIGENT NON-COMPLIANCE BY DEFENDANT TRIDENT ASSET MANAGEMENT, LLC.

21. Paragraphs 1 through 11are realleged as though fully set forth herein.

22. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

23. Defendant is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

24. Equifax, Experian, and Transunion are consumer reporting agencies as defined in 15 U.S.C. §1681(f), regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports as defined in 15 U.S.C. §1681(a)(b), to third parties for monetary compensation.

25. Defendant willfully and negligently violated the FCRA. Defendants' violations include, but are not limited to, the following:

   (a) Defendant willfully and negligently violated 15 U.S.C. §1681s-2(a)(7)(A)(i) by furnishing negative information to a consumer reporting agency without providing a notice of such furnishing of negative information, in writing, to the customer.

**WHEREFORE**, Plaintiff demands judgment for damages against Defendant for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 12 of October, 2012.

Respectfully submitted,

By: _____
J. Marshall Gillmore, Esq.
Counsel for Plaintiff
1936 Lee Road, Suite 100
Winter Park, FL 32789
Phone 407 629-7322
Fax     407 599-3801
mgilmore@mgilmorelaw.com