10349 NARCOOSSEE RD
ORLANDO, FL 32832

(407)207-6220

May 8, 2012

00000353 01 MB 0.404 001
TACORONTE, ELDO
10250 FALCON PARC BLVD # 204
ORLANDO FL 32832-5527

RE: Right to Request Specific Reasons for Credit Denial

**Description of Action Taken:**

Thank you for your recent credit application. After carefully reviewing your application, we regret that we are unable to approve your application at this time.

If you would like a Statement of Specific Reason(s) why your application was denied, please contact us at the address shown above within 60 days of the date of this letter. We will provide you with the Statement of Specific Reason(s) within 30 days after receiving your request.

**Disclosure of Use of Information Obtained From an Outside Source:**

As part of our credit evaluation process, we always request a consumer report from a consumer reporting agency. The agency that we used in processing your application was:

Equifax Information Services LLC
P.O. Box #740241
1550 Peachtree Street, Mail Drop H-13
Atlanta, GA 30374-0241
800-685-1111
www.equifax.com/fcra

The consumer reporting agency listed above did not make the credit decision, and cannot tell you the reason(s) we denied your credit request. If the reason(s) for our denial of your request are based on information contained in the consumer report we obtained, you have a right under the Fair Credit Reporting Act to know the information contained in your credit file and a right to a free copy of your report from the consumer reporting agency. You can obtain your free copy of your report by writing to the reporting agency within 60 days after receiving this denial notice. You also have a right to dispute the accuracy or completeness of the credit report directly with the reporting agency.

A023799 - RCAL 20121181146570