**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ELDO A. TACORONTE,

    Plaintiff,

v.                                                             Case No. 6:12-cv-1594-Orl-19GJK

TRIDENT ASSET MANAGEMENT, LLC,

    Defendant.

_____

### ORDER TO SHOW CAUSE

The defendant was given fourteen days to respond to an Interested Persons Order (Doc. No. 10) filed December 7, 2012. Trident Asset Management, LLC has failed to respond and is hereby **ORDERED TO SHOW CAUSE** by written response to be filed within **fourteen** days from the date of this Order why sanctions should not be imposed, to include, but not limited to entry of default, for failure to respond to the Interested Persons Order.

**DONE and ORDERED** in Orlando, Florida this __6th____ day of January, 2013.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record