UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELDO A. TACORONTE,

    Plaintiff,                        CASE NO.: 6:12-CV-1594

v.

TRIDENT ASSET MANAGEMENT, LLC.

    Defendant.
_____/

## **RESPONES TO ORDER TO SHOW CAUSE**

COMES NOW, Defendant, and responds to this Court's Show Cause Order (DE 11) as follows:

1. On December 7, 2012, this Court entered its Interested Persons Order (DE 10) requiring Defendant to file its Certificate of Interested Persons with fourteen days.

2. Defendant failed to comply with such Order.

3. Defendant's failure to do so was based on inadvertence and a calendaring error.

4. Due to inadvertence and the holiday, Defendant failed to properly calendar the response date for its Certificate of Interested Persons.

5. On January 10, 2013, Defendant filed its Certificate of Interested Persons.

6. Defendant apologizes for its oversight and requests that this Court refrain from entering any sanctions against Defendant.

Respectfully submitted by:

/s/ Dale T. Golden
**GOLDEN & SCAZ, PLLC**
Dale T. Golden, Esquire
FBN:  0094080
201 North Armenia Avenue
Tampa, FL 33609
Phone:  813-251-5500
Fax:  813-251-3675
Email: dale.golden@goldenscaz.com
Attorneys for Defendant

### **CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ Dale T. Golden
DALE T. GOLDEN, ESQUIRE
Florida Bar No. 0094080